IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT RHODES, | : | 1:12-cv-1956 |
| | : | |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. Martin C. Carlson |
| JOHN WETZEL, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER

## September 13, 2013

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Carlson (Doc. 41) is **ADOPTED** in its entirety.

2. Plaintiff Robert Rhodes' amended complaint (Doc. 26) is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge